UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

ORLANDINO DASILVA,               )
                                 )
           Petitioner            )
                                 )
v.                               )     Case No. 4:12-cv-02419-RBP-HGD
                                 )
ERIC H. HOLDER, JR., et al.,     )
                                 )
           Respondents           )

**DISMISSAL ORDER**

On August 15, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED WITHOUT PREJUDICE as premature.

DONE this 10th day of September, 2013.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**